**AFFIRM; and Opinion Filed July 12, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-12-00347-CR

### ANGELA LEIGH SHAW, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 005-82723-2011**

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice O'Neill

Appellant Angela Leigh Shaw appeals her conviction for driving while intoxicated (DWI). After a jury found appellant guilty of DWI, the trial court assessed punishment at 120 days' confinement, probated for fifteen months, and an $800 fine. In a single point of error, appellant contends the trial court erred in denying her "motion for directed verdict at the conclusion of the State's case-in-chief." For the following reasons, we affirm the trial court's judgment.

Appellant was arrested for DWI following a traffic stop. On appeal, appellant purports to challenge the legal sufficiency of the evidence to support her conviction under *Jackson v. Virginia*, 443 U.S. 307 (1979), but she argues only that the State failed to prove beyond a reasonable doubt that reasonable suspicion existed for the traffic stop. In determining sufficiency of the evidence, we determine whether the State proved the essential *elements* of the

offense beyond a reasonable doubt. *See Matlock v. State*, 392 S.W.3d 662, 667 (Tex. Crim. App. 2013). Whether reasonable suspicion exists is not an element of DWI. Rather, it is relevant to determining admissibility of evidence that is alleged to have been illegally obtained. *See* TEX. PENAL CODE ANN. § 49.04 (West 2003) (elements of DWI); *see Murphy v. State*, 239 S.W.3d 791, 795-96 (Tex. Crim. App. 2007). Appellant does not however complain any evidence was improperly admitted. Because appellant's complaint regarding reasonable suspicion does not implicate legal sufficiency of the evidence, we resolve the sole issue against her. We affirm the trial court's judgment.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120347F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANGELA LEIGH SHAW, Appellant

No. 05-12-00347-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 005-82723-2011.
Opinion delivered by Justice O'Neill.
Justices Moseley and Lewis participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 12ᵗʰ day of July, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE